**Myrtle J. SEXTON, Appellant,**

v.

**Carondelet MANOR, Respondent.**

**No. WD 52102.**

Missouri Court of Appeals, Western District.

June 18, 1996.

Harvey L. McCormich, Kansas City, for Appellant.

Thomas V. Clinkenbeard, Kansas City, for Respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

From two Workers' Compensation awards, one granting and the other denying relief, the employee filed one appeal asserting the results were not supported by competent and substantial evidence. The Commission dismissed the appeal.

Affirmed. Rule 84.16(b).